```
                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

LEAGUE TO SAVE LAKE TAHOE
and SIERRA CLUB,

                    Plaintiffs,

         v.                              CIV. NO. S-08-2828 LKK/GGH

TAHOE REGIONAL PLANNING
AGENCY,

                    Defendant.
_____/

SHOREZONE PROPERTY OWNERS
ASSOCIATION, INC., a non-profit
Nevada corporation, aka TAHOE
LAKEFRONT OWNERS' ASSOCIATION,

                    Plaintiff,

         v.                              CIV. NO. S-08-3081 FCD/DAD

RENE WRIGHT, et al.,                     RELATED CASE ORDER
AGENCY,

                    Defendant.
_____/
```

Examination of the two above-entitled actions reveals that they are related within the meaning of Local Rule 83-123 for the reason that they involve substantially the same questions of fact

1

1 and law. Accordingly, the assignment of the matters to the same
2 judge and magistrate judge is likely to effect a substantial
3 savings of judicial effort and is also likely to be convenient for
4 the parties. Under the regular practice of this court, related
5 cases are generally assigned to the judge and magistrate judge to
6 whom the first filed action was assigned.

7 The parties should be aware that relating the cases under
8 Local Rule 83-123 merely has the result that the two (2) actions
9 are assigned to the same judge; no consolidation of the actions is
10 effected. Under the regular practice of this court, related cases
11 are generally assigned to the judge and magistrate judge to whom
12 the first filed action was assigned.

13 The court hereby orders that:

14 1. The action denominated CIV. NO. 2:08-cv-03081-FCD-DAD is
15 REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge
16 Gregory G. Hollows for all further proceedings, and any dates
17 currently set in the reassigned case only, are hereby VACATED.
18 Henceforth, the caption on documents filed in the reassigned case
19 shall be shown as CIV. NO. 2:08-cv-03081-LKK-GGH.

20 2. The Clerk of the Court make shall appropriate adjustment
21 in the assignment of civil cases to compensate for this
22 reassignment.

23 IT IS SO ORDERED.

24 DATED: January 6, 2009.

25
26

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT