WENDY S. PARK (Bar No. 237331)
TRENT W. ORR (Bar No. 77656)
Earthjustice
426 17th Street
Oakland, CA 94612
Tel: (510) 550-6725
Fax: (510) 550-6749
wpark@earthjustice.org; torr@earthjustice.org

*Counsel for Plaintiffs League to Save Lake Tahoe &*
*Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE and SIERRA CLUB, | ) Case No. 08-2828 LKK<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) STIPULATION AMONG ALL PARTIES<br>) AND ORDER<br>) |
| TAHOE REGIONAL PLANNING AGENCY, | ) Judge: Hon. Lawrence K. Karlton<br>) |
| Defendant. | )<br>)<br>)<br>) |

WHEREAS,

1.      On April 7, 2009, the Court consolidated the actions *League to Save Lake Tahoe v. TRPA* (No. 2:08-cv-2828) and *Shorezone Property Owners Association v. TRPA* (No. 2:08-cv-3081) under the above-entitled case name and number. (Dkt. No. 19.)

2.      The two actions "involve substantially the same questions of fact and law," as determined in the Court's January 6, 2009 Related Case Order (Dkt. No. 10), and each of the plaintiff's interests may be affected by the Court's adjudication of claims in the other action.

3.      For the foregoing reasons, the parties hereby stipulate that each set of plaintiffs in each action may participate fully in the merits briefing and hearing of the other action.

4.      The parties also stipulate to the following adjustments to the Court's April 7, 2009 Order. Defendant Tahoe Regional Planning Agency's ("TRPA") time to file the administrative

PDF created with pdfFactory trial version www.pdffactory.com

record for both consolidated action is May 20, 2009.  TRPA requires an additional two weeks to finalize and index the record for filing with the Court.  The parties therefore agree to the following revised schedule for production of the administrative record, plaintiffs' review and response thereto, and the rescheduling of the status conference presently scheduled for June 22, 2009:

      a.     TRPA shall file the administrative record by June 3, 2009.

      b.     Plaintiffs shall file motions regarding completeness of the administrative record and any supplementation thereof by June 24, 2009.

      c.     A further status conference shall be set for August 10, 2009 at 3:00 p.m.

      Plaintiffs Sierra Club and the League to Save Lake Tahoe retain the right to request postponement of this schedule if filing for a preliminary injunction becomes necessary.

Respectfully submitted,

DATED: May 20, 2009

/s/ Wendy S. Park_____
TRENT W. ORR
WENDY S. PARK
Earthjustice

***Counsel for Plaintiffs League to Save Lake Tahoe & Sierra Club***

/s/ Benjamin J. Hanelin (authorized 5/19/09)
JAMES L. ARNONE
PETER J. GUTIERREZ
BENJAMIN J. HANELIN
Latham & Watkins LLP

DANIEL J. O'HANLON
Kronick, Moskovitz, Tiedemann & Girard

***Counsel for Plaintiff Shorezone Property Owners Association, Inc.***

PDF created with pdfFactory trial version www.pdffactory.com

1
2  /s/ John L. Marshall (authorized 5/19/09)
   NICOLE U. RINKE
3  Tahoe Regional Planning Agency

   JOHN L. MARSHALL
4
   *Counsel for Defendant*
5

6

7
IT IS SO ORDERED.
8

9
DATED:   May 21, 2009.
10

11

12

13  LAWRENCE K. KARLTON
    SENIOR JUDGE
14  UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com