UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEAGUE TO SAVE LAKE TAHOE
and SIERRA CLUB,

    Plaintiffs,

    v.

TAHOE REGIONAL PLANNING
AGENCY,

    Defendant.

NO. CIV. S-08-2828 LKK/GGH

O R D E R

/

This consolidated case concerns challenges, from roughly opposing perspectives, to the Tahoe Regional Planning Agency's regulation of activities in the Lake Tahoe Basin, and in particular, the shorezone ordinances adopted by TPRA on October 22, 2008. Plaintiffs are two environmental nonprofit organizations and the Shorezone Property Owners Association.

The California State Lands Commission has filed a motion seeking leave to file an amicus curiae brief. This motion was originally filed on May 22, 2009, and noticed for hearing on June 22, 2009. The California State Lands Commission has since filed

1

two amended notices of this motion, noticing it for hearing on June 29 then for August 3, 2009.

Because the memorandum supporting this motion was filed on May 22, 2009, the court may set an earlier briefing schedule without depriving the parties of an opportunity to respond to this motion. Accordingly, oppositions or statements of non-opposition SHALL be filed by June 22, 2009. The reply, if any, shall be filed no later than June 29, 2009.

IT IS SO ORDERED.

DATED:  June 12, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2