1  LATHAM & WATKINS LLP
      James L. Arnone (Bar No. 150606)
2     Peter J. Gutierrez (Bar No. 156129)
      Benjamin J. Hanelin (Bar No. 237595)
3  355 South Grand Avenue
   Los Angeles, California  90071-1560
4  Telephone:  +1.213.485.1234
   Facsimile:  +1.213.891.8763
5  Email:  james.arnone@lw.com

6  KRONICK, MOSKOVITZ, TIEDEMANN
   & GIRARD
7     Daniel J. O'Hanlon (Bar No. 122380)
   400 Capitol Mall, 27th floor
8  Sacramento, California 95814
   Telephone:  +1.916.321.4500
9  Facsimile:  +1.916.321.4555
   Email:  dohanlon@ktmg.com
10 Attorneys for Plaintiff Shorezone Property Owners
   Association, Inc., a non-profit Nevada corporation,
11 aka Tahoe Lakefront Owners' Association

12            UNITED STATES DISTRICT COURT

13       FOR THE EASTERN DISTRICT OF CALIFORNIA

14               SACRAMENTO DIVISION

15

| | |
|---|---|
| 16  LEAGUE TO SAVE LAKE TAHOE and SIERRA CLUB, | CASE NO.  2:08-cv-02828-LKK-GGH (Consolidated with Case No.:  2:08-CV-03081 LKK-GGH) |
| 17                    Plaintiffs, | |
| 18        v. | STIPULATION AND ORDER RE: STATE LANDS COMMISSION'S MOTION TO FILE AMICUS BRIEF ON ISSUE OF PUBLIC TRUST DOCTRINE |
| 19  TAHOE REGIONAL PLANNING AGENCY, | |
| 20                    Defendant. | |
| 21 | Judge:        Hon. Lawrence K. Karlton |
| 22  SHOREZONE PROPERTY OWNERS ASSOCIATION, INC., a non-profit Nevada corporation, aka TAHOE LAKEFRONT OWNERS' ASSOCIATION, | |
| 23 | |
| 24                    Plaintiff, | |
| 25        v. | |
| 26  TAHOE REGIONAL PLANNING AGENCY, | |
| 27                    Defendant. | |
| 28 | |

LATHAM&WATKINS LLP  LA\1982098
ATTORNEYS AT LAW
LOS ANGELES

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on November 21, 2008, Plaintiffs League to Save Lake Tahoe and Sierra Club (jointly, "League") in Case No. 2:08-CV-02828-LKK-GGH sued the Tahoe Regional Planning Agency ("TRPA") over TRPA's adoption of amendments to its Shorezone Ordinances ("Ordinances").

WHEREAS, on December 19, 2008, Plaintiff Shorezone Property Owners Association ("Association") in Case No. 2:08-CV-03081-LKK-GGH also sued Defendant Tahoe Regional Planning Agency over its adoption of the Ordinances.

WHEREAS, on January 7, 2009, this Court deemed the Association's and League's respective suits related under its Local Rules and on April 7, 2009, this Court consolidated the League's and Association's suits.

WHEREAS, on May 22, 2009, the California State Lands Commission ("State Lands") filed a motion requesting permission to file an amicus curiae brief on the scope of the public trust doctrine and littoral property rights law because State Lands believes that the instant litigation involves legal questions concerning these issues as to which State Lands would want its views considered.

THEREFORE, IT IS HEREBY STIPULATED by and between the League, the Association, TRPA, and State Lands by and through their respective counsel of record who represent that they have been duly authorized to stipulate to the terms herein, that:

(1)  State Lands may file an amicus curiae brief in the instant action on the issues raised in its Motion to File Amicus Curiae Brief filed with this Court on May 22, 2009.

(2)  In light of the foregoing, State Lands' motion to file amicus curiae brief is taken off calendar.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS SO STIPULATED.**

2

3   Dated: June 19, 2009                             LATHAM & WATKINS LLP

                                                James L. Arnone

4                                           Benjamin J. Hanelin

5

6                               By /s/ Benjamin J. Hanelin

                                        Benjamin J. Hanelin

7                               Attorneys for Plaintiff Shorezone Property Owners' Association, aka Tahoe Lakefront Owners' Association

8

9                               EARTHJUSTICE

10

11                               By /s/ Wendy Park (authorized 6/18/09)

                                        Wendy Park

12                               Attorneys for Plaintiffs League to Save Lake Tahoe and Sierra Club

13

14                               TAHOE REGIONAL PLANNING AGENCY

15

16                               By /s/ John S. Marshall (authorized 6/19/09)

                                        JOHN L. MARSHALL

17                               Attorneys for Defendant Tahoe Regional Planning Agency

18

19                               CALIFORNIA STATE LANDS COMMISSION

20

21                               By /s/ Daniel L. Siegel (authorized 6/18/09)

                                        Daniel L. Siegel

22                               Attorneys for the California State Lands Commission

23

24

25   **GOOD CAUSE APPEARING, IT IS SO ORDERED:**

26

27   Dated: June 19, 2009.

28                               LAWRENCE K. KARLTON

                              SENIOR JUDGE

                              UNITED STATES DISTRICT COURT

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA\1982098

PDF created with pdfFactory trial version www.pdffactory.com