WENDY S. PARK (Bar No. 237331)
TRENT W. ORR (Bar No. 77656)
Earthjustice
426 17th Street
Oakland, CA 94612
Tel: (510) 550-6725
Fax: (510) 550-6749
wpark@earthjustice.org; torr@earthjustice.org

*Counsel for Plaintiffs League to Save Lake Tahoe & Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE and SIERRA CLUB,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>　　　　Defendant. | Case No. 08-2828 LKK<br><br><br>STIPULATION AMONG ALL PARTIES AND ORDER<br><br>Judge: Hon. Lawrence K. Karlton |

WHEREAS,

　　1.　　Plaintiffs League to Save Lake Tahoe and the Sierra Club's counsel have experienced technical difficulties in reviewing the administrative record provided to them by defendant Tahoe Regional Planning Agency ("TRPA") in electronic format. Given these technical difficulties, Plaintiffs' counsel need additional time to conduct a meaningful review of the record and identify any issues regarding its completeness.

　　2.　　For the foregoing reasons, the parties hereby stipulate that the time for all plaintiffs to file motions regarding completeness of the administrative record and any supplementation thereof is extended from June 24, 2009 to July 15, 2009. In order to facilitate informal resolution of disputes

PDF created with pdfFactory trial version www.pdffactory.com

1  regarding the record, all plaintiffs shall notify counsel for TRPA of any and all objections in writing
2  one week before filing any record-related motion.

4                                        Respectfully submitted,

6  DATED:  June 22, 2009              /s/ Wendy S. Park
7                                     TRENT W. ORR
                                      WENDY S. PARK
                                      Earthjustice

   *Counsel for Plaintiffs League to Save Lake Tahoe &
   Sierra Club*

10
11                                     /s/ Benjamin J. Hanelin (authorized 6/22/09)
                                       JAMES L. ARNONE
                                       PETER J. GUTIERREZ
12                                     BENJAMIN J. HANELIN
                                       Latham & Watkins LLP
13
                                       DANIEL J. O'HANLON
14                                     Kronick, Moskovitz, Tiedemann & Girard

15  *Counsel for Plaintiff Shorezone Property
    Owners Association, Inc.*

17                                     /s/ John L. Marshall (authorized 6/22/09)
                                       NICOLE U. RINKE
18                                     Tahoe Regional Planning Agency

19                                     JOHN L. MARSHALL

20  *Counsel for Defendant*

23  IT IS SO ORDERED.

25  DATED:   June 23, 2009

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

STIPULATION & [PROPOSED] ORDER — Case No. 08-2828 LKK                    2

PDF created with pdfFactory trial version www.pdffactory.com