NICOLE U. RINKE (Cal. Bar. No. 257510)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada  89448
Tel: (775) 588-4547
Fax:  (775) 588-4527
nrinke@trpa.org
(Counsel for service purposes)

JOHN L. MARSHALL (Cal. Bar No. 145570)
570 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 322-5668
Fax: (775) 201.0193
johnmarshall@charter.net

Attorneys for Defendant
Tahoe Regional Planning Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE AND SIERRA CLUB,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>　　　　　Defendant. | Case No.:  2:08-cv-02828-LKK-GGH<br>(Consolidated with case 2:08-cv-03081-FCD-DAD)<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR HEARING AND TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION |

[Proposed] Order Granting Extension of Hearing and Response on Motion for Preliminary Injunction - Case

1

**[PROPOSED] ORDER**

Plaintiffs, the League to Save Lake Tahoe and the Sierra Club (collectively "League") filed a motion for a preliminary injunction (PI) on July 1, 2009. That motion included a scheduled hearing on August 3, 2009. Upon stipulation by the parties, the Court hereby orders the hearing date continued until September 14, 2009 based up on the following conditions:

1. Pending resolution of the motion for PI, TRPA will not issue any permits for "new boating facilities" as defined in the proposed order submitted by the League with the motion for PI as piers, buoys, boat ramps, boat slips and boat lifts that had not been placed within the Lake prior to the date the shorezone ordinance amendments took effect.

2. Any filing in opposition to the motion for PI shall be filed no later than August 21, 2009.

IT IS SO ORDERED.

DATED: July 21, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Extension of Hearing and Response on Motion for Preliminary Injunction - Case

2