WENDY S. PARK (Bar No. 237331)
TRENT W. ORR (Bar No. 77656)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel: (510) 550-6725
Fax: (510) 550-6749
wpark@earthjustice.org; torr@earthjustice.org

*Counsel for Plaintiffs League to Save Lake Tahoe & Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE and SIERRA CLUB, <br><br> Plaintiffs, <br><br> vs. <br><br> TAHOE REGIONAL PLANNING AGENCY, <br><br> Defendant. | Case No. 08-2828 LKK <br><br> STIPULATION AND ORDER RE SUPPLEMENTATION OF ADMINISTRATIVE RECORD <br><br> Judge: Hon. Lawrence K. Karlton |

1.  On June 3, 2009, TRPA filed the administrative record in this case, and, on June 11, 2009, a supplemental volume to the administrative record ("AR"). Plaintiffs League to Save Lake Tahoe and Sierra Club ("plaintiffs") desire to supplement the AR with a transcript of TRPA's October 22, 2008 Governing Board meeting in which the Shorezone Ordinance Amendments were approved ("transcript").

2.  In July 2009, plaintiffs and TRPA agreed that the transcript could be included within the record. While not agreeing that it should be their obligation to prepare the transcript, plaintiffs arranged for the preparation of the transcript by a certified court reporter.

3.  The certified court reporter prepared the transcript by taking shorthand notes from a video of the October 22, 2008 hearing. The court reporter's shorthand notes were then transcribed under the direction of the court reporter.

PDF created with pdfFactory trial version www.pdffactory.com

1   4. A true and correct copy of the transcript is attached hereto as Exhibit A.

2   5. For the foregoing reasons, TRPA and plaintiffs hereby stipulate that the transcript
3   filed herewith as Exhibit A shall be included within the administrative record.  The parties reserve
4   the right to check on the accuracy of any statement in the transcript relied upon by any party in this
5   proceeding.  In lieu of Bates stamping the transcript, the parties agree that the transcript may be
6   referred to by its name (*e.g.*, "October 22, 2008 TRPA Governing Board Meeting Transcript") and
7   actual page numbers.

DATED: August 25, 2009           Respectfully submitted,

/s/ Wendy S. Park
TRENT W. ORR
WENDY S. PARK
Earthjustice

*Counsel for Plaintiffs League to Save Lake Tahoe & Sierra Club*


/s/ John L. Marshall (authorized 8/25/09)
NICOLE U. RINKE
Tahoe Regional Planning Agency

JOHN L. MARSHALL

*Counsel for Defendant*


/s/ Benjamin J. Hanelin (authorized 8/25/09)
JAMES L. ARNONE
PETER J. GUTIERREZ
BENJAMIN J. HANELIN
Latham & Watkins LLP

DANIEL J. O'HANLON
Kronick, Moskovitz, Tiedemann & Girard

*Counsel for Plaintiff Shorezone Property Owners Association, Inc.*

**IT IS SO ORDERED.**

DATED:  August 26, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION & [PROPOSED] ORDER — Case No. 08-2828 LKK                              2

PDF created with pdfFactory trial version www.pdffactory.com