1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LEAGUE TO SAVE LAKE TAHOE
     and SIERRA CLUB,
11
             Plaintiffs,
12                                             NO. CIV. S-08-2828 LKK/GGH
         v.
13
     TAHOE REGIONAL PLANNING
14   AGENCY,                                        O R D E R

15           Defendant.
                                       /
16

17       Pending before the court is a motion[1] to shorten time filed

18   by Mark R. Gilmartin, on behalf of himself and as trustee for a

19   trust in his name.  This motion was filed on Wednesday September

20   9, 2009, and asks that the court hear a concurrently filed motion

21   to intervene in the above-captioned case on September 14, 2009.

22   Plaintiff environmental groups have filed an opposition to this

23   motion.

24
         [1] Although styled as a motion, the application has not been
25   noticed for hearing, and therefore appears to be more properly
     construed as an ex parte application.  The distinction is not
26   relevant to the court's disposition of the application.

                                       1

1    The court is currently scheduled to hear oral argument on a

2  motion for a preliminary injunction on that day, and Gilmartin

3  contends that his motion should be heard concurrently.  However,

4  plaintiffs' motion for a preliminary injunction was filed on July

5  1, 2009, and has been set for hearing on this date since July 21,

6  2009.  Gilmartin has not sufficiently explained why his motion to

7  intervene could not have been timely filed, nor has Gilmartin

8  explained why, if timely filing was impossible, he was prevented

9  from filing until three court days before the forthcoming hearing.

10    For these reasons, Gilmartin's ex parte application, Doc. No.

11  67, is DENIED.  If Gilmartin seeks to intervene, he shall notice

12  a motion in accordance with the ordinary rules of this court.  See

13  Local Rule 78-230(b).

14    IT IS SO ORDERED.

15    DATED:  September 11, 2009.

16

17

18    _____
     LAWRENCE K. KARLTON
     SENIOR JUDGE
19    UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

                                   2