1  LATHAM & WATKINS LLP
      James L. Arnone (Bar No. 150606)
2     Benjamin J. Hanelin (Bar No. 237595)
   355 South Grand Avenue
3  Los Angeles, California  90071-1560
   Telephone: +1.213.485.1234
4  Facsimile: +1.213.891.8763
   Email:  james.arnone@lw.com
5

6  KRONICK, MOSKOVITZ, TIEDEMANN
   & GIRARD
      Daniel J. O'Hanlon (Bar No. 122380)
7  400 Capitol Mall, 27th floor
   Sacramento, California 95814
8  Telephone: +1.916.321.4500
   Facsimile: +1.916.321.4555
9  Email:  dohanlon@kmtg.com

10 Attorneys for Plaintiff Shorezone Property Owners
   Association, Inc., a non-profit Nevada corporation,
11 aka Tahoe Lakefront Owners' Association

12                   UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14                        SACRAMENTO DIVISION

| | |
|---|---|
| 15  LEAGUE TO SAVE LAKE TAHOE and SIERRA CLUB, | CASE NO. 2:08-cv-02828-LKK-GGH (Consolidated with Case No.: 2:08-CV-03081 LKK-GGH) |
| 16         Plaintiffs, | |
| 17     v. | **ORDER MODIFYING BRIEFING SCHEDULE** |
| 18  TAHOE REGIONAL PLANNING AGENCY, | |
| 19 | Judge:    Hon. Lawrence K. Karlton |
| 20         Defendant. | |
| 21  SHOREZONE PROPERTY OWNERS ASSOCIATION, INC., a non-profit Nevada corporation, aka TAHOE LAKEFRONT OWNERS' ASSOCIATION, | |
| 22 | |
| 23         Plaintiff, | |
| 24     v. | |
| 25  TAHOE REGIONAL PLANNING AGENCY, | |
| 26 | |
| 27         Defendant. | |

28

PDF created with pdfFactory trial version www.pdffactory.com

On September 25, 2009, Plaintiff Shorezone Property Owners Association Inc. applied *ex parte* to modify the briefing schedule set in the Court's August 12, 2009 Order. This application included declaration stating that TRPA stipulated to the proposed modification to the briefing schedule. Declaration of Benjamin Hanelin, Doc. 77-2, ¶ 5. On September 29, 2009, Plaintiffs League to Save Lake Tahoe and Sierra Club filed a statement of non-opposition to the ex parte application. Doc. 79.

UPON CONSIDERATION OF THE APPLICATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their briefs concerning summary judgment on or before December 14, 2009.

2. Defendant shall file its oppositions to Plaintiffs' motions for summary judgment on or before January 25, 2010. If Defendant elects to file cross-motions for summary judgment, such cross motions shall also be filed on or before this date, and the memoranda in support combined with Defendant's opposition memoranda.

3. Environmental plaintiffs' shall file their memorandum in opposition to the property owner's motion for summary judgment, and vice versa, together with amicus curiae briefs by the California State Lands Commission, on or before February 16, 2010.

4. All plaintiffs shall file their reply briefs on or before March 30, 2010. If Defendant elects to file cross motions for summary judgment, Plaintiffs' memoranda in opposition to these cross

**ORDER MODIFYING BRIEFING SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com

motions shall be combined with Plaintiffs' reply memoranda in support of Plaintiffs' own motions.

5. Defendant's reply shall be filed on or before April 30, 2010, if Defendant elects to file cross-motions for summary judgment.

6. Upon the completion of briefing, the Court will schedule a hearing date and time for the matter to be heard.

**IT IS SO ORDERED.**

Dated: September 30, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**ORDER MODIFYING BRIEFING SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com