1  LATHAM & WATKINS LLP
       James L. Arnone (Bar No. 150606)
2      Benjamin J. Hanelin (Bar No. 237595)
   355 South Grand Avenue
3  Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234
4  Facsimile: +1.213.891.8763
   Email: james.arnone@lw.com
5
   KRONICK, MOSKOVITZ, TIEDEMANN
6  & GIRARD
       Daniel J. O'Hanlon (Bar No. 122380)
7  400 Capitol Mall, 27th floor
   Sacramento, California 95814
8  Telephone: +1.916.321.4500
   Facsimile: +1.916.321.4555
9  Email: dohanlon@kmtg.com

10 Attorneys for Plaintiff Shorezone Property Owners'
   Association, Inc., a non-profit Nevada corporation,
11 aka Tahoe Lakefront Owners' Association

12                UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14                      SACRAMENTO DIVISION

| | |
|---|---|
| 15  LEAGUE TO SAVE LAKE TAHOE and SIERRA CLUB, | CASE NO. 2:08-cv-02828-LKK-GGH (Consolidated with Case No.: 2:08-CV-03081 LKK-GGH) |
| 16           Plaintiffs, | |
| 17           v. | **ORDER MODIFYING BRIEFING SCHEDULE** |
| 18  TAHOE REGIONAL PLANNING AGENCY, | |
| 19 | Judge:   Hon. Lawrence K. Karlton |
| 20           Defendant. | |
| 21  SHOREZONE PROPERTY OWNERS' ASSOCIATION, INC., a non-profit Nevada | |
| 22  corporation, aka TAHOE LAKEFRONT OWNERS' ASSOCIATION, | |
| 23           Plaintiff, | |
| 24           v. | |
| 25  TAHOE REGIONAL PLANNING AGENCY, | |
| 26 | |
| 27           Defendant. | |
| 28 | |

LATHAM&WATKINS  LA\2036866.2                               **[PROPOSED] ORDER MODIFYING BRIEFING**
Attorneys At Law                                                                        **SCHEDULE**
  Los Angeles

PDF created with pdfFactory trial version www.pdffactory.com

On November 17, 2009, all Parties submitted a stipulation proposing to modify the briefing schedule set in the Court's September 30, 2009 Order.

UPON CONSIDERATION OF THE APPLICATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their briefs concerning summary judgment on or before January 21, 2010.

2. Defendant shall file its oppositions to Plaintiffs' motions for summary judgment on or before February 22, 2010.  If Defendant elects to file cross-motions for summary judgment, such cross motions shall also be filed on or before this date, and the memoranda in support combined with Defendant's opposition memoranda.

3. Environmental Plaintiffs shall file their memorandum in opposition to the property owner's motion for summary judgment, and vice versa, together with amicus curiae briefs by the California State Lands Commission, on or before March 23, 2010.

4. Plaintiffs shall file their reply briefs on or before May 4, 2010. If Defendant elects to file cross-motions for summary judgment, Plaintiffs' opposition memoranda shall be combined with Plaintiffs' memoranda in support of Plaintiffs' own motions.

5. Defendant's reply shall be filed on or before June 4, 2010, if Defendant elects to file cross-motions for summary judgment.

PDF created with pdfFactory trial version www.pdffactory.com

6. Upon the completion of briefing, the Court will schedule a hearing date and time for the matter to be heard.

**IT IS SO ORDERED.**

Dated: November 18, 2009

```
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```

PDF created with pdfFactory trial version www.pdffactory.com