LATHAM & WATKINS LLP
   James L. Arnone (Bar No. 150606)
   Benjamin J. Hanelin (Bar No. 237595)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763
Email: james.arnone@lw.com

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   Daniel J. O'Hanlon (Bar No. 122380)
400 Capitol Mall, 27th floor
Sacramento, California 95814
Telephone: +1.916.321.4500
Facsimile: +1.916.321.4555
Email: dohanlon@kmtg.com

Attorneys for Plaintiff Shorezone Property Owners' Association, Inc., a non-profit Nevada corporation, aka Tahoe Lakefront Owners' Association

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>    Defendant. | CASE NO. 2:08-cv-02828-LKK-GGH<br>(Consolidated with Case No.: 2:08-CV-03081 LKK-GGH)<br><br>**STIPULATION RE: DISMISSAL OF SHOREZONE PROPERTY OWNERS' ASSOCIATION, INC. COMPLAINT; [ ORDER**<br><br>Judge:    Hon. Lawrence K. Karlton |
| SHOREZONE PROPERTY OWNERS' ASSOCIATION, INC., a non-profit Nevada corporation, aka TAHOE LAKEFRONT OWNERS' ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>    Defendant. | |

LATHAM&WATKINS
Attorneys At Law
Los Angeles

LA\2052869.3

STIPULATION RE: DISMISSAL OF SHOREZONE PROPERTY OWNERS' ASSOCATION, INC. COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on November 21, 2008, Plaintiffs League to Save Lake Tahoe and Sierra Club (jointly, "League") in Case No. 2:08-CV-02828-LKK-GGH sued the Tahoe Regional Planning Agency ("TRPA") over TRPA's adoption of amendments to its Shorezone Ordinances ("Ordinances").

WHEREAS, on December 19, 2008, Plaintiff Shorezone Property Owners' Association ("Association") in Case No. 2:08-CV-03081-LKK-GGH also sued TRPA over its adoption of the Ordinances.

WHEREAS, on January 7, 2009, this Court deemed the Association's and League's respective suits related and, on April 7, 2009, this Court consolidated the two matters.

WHEREAS, the Association previously informed the Court and the parties that it sued over concerns regarding specific language in the Ordinances, ambiguities in the Ordinances, and how TRPA might implement the Ordinances.

WHEREAS, the Association believes that over the past year TRPA's implementation and clarifications of the Ordinances, its implementation of the mooring buoy permitting and registration program, and its adoption on December 16, 2009, of a mooring buoy line that allows for safe mooring practices have all demonstrated TRPA's good faith implementation of the Ordinances' new controls.

WHEREAS, the Association previously informed the Court and the parties that were the Association to come to that conclusion the Association would dismiss the complaint it filed against TRPA.

WHEREAS, the Parties previously stipulated and the Court ordered that "each of the plaintiff's interests may be affected by the Court's adjudication of the claims in the other action" and therefore "each set of plaintiffs in each action may participate fully in the merits briefing and hearing of the other action." (Stipulation and Order of May 21, 2009.)

WHEREAS, in dismissing its Complaint against TRPA, the Association intends to participate in the litigation of the League's action against

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA\2052869.3

1

STIPULATION RE: DISMISSAL OF SHOREZONE PROPERTY OWNERS' ASSOCATION, INC. COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

TRPA as the Parties previously stipulated and the Court previously ordered.

NOW THEREFORE, pursuant to Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate as follows:

1. The Association's December 19, 2008, Complaint against TRPA is dismissed, with all parties to bear their own attorneys' fees and costs.
2. The Parties shall meet and confer over any modifications to the Court's November 18, 2009 briefing schedule.

**IT IS SO STIPULATED.**

Dated: January 21, 2010        LATHAM & WATKINS LLP

By /s/ Benjamin J. Hanelin
    Benjamin J. Hanelin
Attorneys for Plaintiff Shorezone
Property Owners' Association, aka
Tahoe Lakefront Owners' Association

Dated: January 21, 2010        EARTHJUSTICE

By /s/ Wendy S. Park
    Wendy S. Park
Attorneys for Plaintiffs League to Save
Lake Tahoe and Sierra Club

Dated: January 21, 2010        TAHOE REGIONAL PLANNING AGENCY

By /s/ Nicole S. Rinke
    Nicole S. Rinke
Attorney for Defendant Tahoe Regional
Planning Agency

\*    \*    \*    \*    \*

IT IS SO ORDERED.

Dated: January 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LATHAM&WATKINS  LA\2052869.3                                    2                    STIPULATION RE: DISMISSAL OF SHOREZONE
ATTORNEYS AT LAW                                                                      PROPERTY OWNERS' ASSOCATION, INC.
LOS ANGELES                                                                                                    COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com