UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEAGUE TO SAVE LAKE TAHOE
and SIERRA CLUB,

       Plaintiffs,

   v.

TAHOE REGIONAL PLANNING
AGENCY,

       Defendant.

                                          /

NO. CIV. S-08-2828 LKK/GGH

O R D E R

Plaintiffs filed a motion for summary judgment in the above-captioned matter on January 21, 2010.  Pursuant to the extended briefing schedule adopted by this court's prior orders, defendant TRPA shall file an opposition memorandum no later than February 22, 2010, the intervening property owners and the amicus California State Lands Commission shall file their briefs on or before March 23, 2010, and plaintiffs' reply shall be filed by May 4, 2010.  If defendant, in opposing plaintiffs' motion, files a cross-motion for summary judgment, defendant may file a reply brief no later than June 4, 2010.

1

1    Local Rule 260(a) provides that

2    > Each motion for summary judgment or summary
3    > adjudication shall be accompanied by a
4    > "Statement of Undisputed Facts" that shall
5    > enumerate discretely each of the specific
6    > material facts relied upon in support of the
7    > motion and cite the particular portions of any
8    > pleading, affidavit, deposition,
9    > interrogatory[,] answer, admission, or other
10   > document relied upon to establish that fact.
11   > The moving party shall be responsible for the
12   > filing of all evidentiary documents cited in
13   > the moving papers. See L.R. 133(j).

Although plaintiffs' motion is accompanied by various exhibits, plaintiffs have not provided a statement of undisputed facts. Plaintiffs are thereby ORDERED to file a statement of undisputed facts in conformance with Local Rule 260(a) within seven days of the date of this order.[1]

In light of the extended briefing schedule adopted in this case, no sanction for this violation of the local rules is required. Plaintiffs are cautioned, however, to observe the local rules in their further filings.

IT IS SO ORDERED.

DATED: January 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court calls the parties' attention to the amendments to Fed. R. Civ. P. 6 that took effect on December 1, 2009. In calculating the time periods above, the parties shall "count every day, including intermediate Saturdays, Sundays, and legal holidays," and to "include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(B), (C).

2