NICOLE U. RINKE (Cal. Bar No. 257510)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada 89448
Tel: (775) 588-5286
Fax: (775) 588-4527
nrinke@trpa.org
(Counsel for service purposes)

JOHN L. MARSHALL (Cal. Bar No. 145570)
570 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 322-5668
Fax: (775) 201-0193
johnmarshall@charter.net

Attorneys for Defendant
TAHOE REGIONAL PLANNING AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE AND SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>Defendant. | CASE NO. 2:08-CV-02828-LKK-GGH<br><br>**ORDER MODIFYING BRIEFING SCHEDULE**<br><br>Judge: Hon. Lawrence K. Karlton |

On February 17, 2010, all Parties submitted a stipulation proposing to modify the briefing schedule set in the Court's January 28, 2010 Order.

UPON CONSIDERATION OF THE APPLICATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Defendant TRPA shall file its opposition brief to Plaintiff League's Motion for Summary Judgment and Cross-Motion for Summary Judgment, if any, by March 1, 2010.

[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE

1

PDF created with pdfFactory trial version www.pdffactory.com

2. Intervenor Association and Amicus California State Lands Commission shall file their briefs by March 26, 2010.
3. Plaintiff League shall file its reply brief by May 4, 2010.
4. TRPA shall file its reply brief, if TRPA elects to file a Cross-Motion for Summary Judgment, by June 4, 2010.

**IT IS SO ORDERED.**

Dated: February 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com