NICOLE U. RINKE (Cal. Bar No. 257510)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada 89448
Tel:  (775) 588-5286
Fax:  (775) 588-4527
nrinke@trpa.org
(Counsel for service purposes)

JOHN L. MARSHALL (Cal. Bar No. 145570)
570 Marsh Avenue
Reno, Nevada 89509
Tel:  (775) 322-5668
Fax:  (775) 201-0193
johnmarshall@charter.net

Attorneys for Defendant
TAHOE REGIONAL PLANNING AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE AND SIERRA CLUB,<br><br>    Plaintiffs,<br><br>    v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>    Defendant. | CASE NO. 2:08-CV-02828-LKK-GGH<br><br>**STIPULATION AND ORDER RE MODIFICATION OF BRIEFING SCHEDULE**<br><br>Judge:   Hon. Lawrence K. Karlton |

        WHEREAS, on November 21, 2008, Plaintiffs League to Save Lake Tahoe and Sierra Club (jointly, "League") sued the Tahoe Regional Planning Agency ("TRPA") over TRPA's adoption of amendments to its Shorezone Program.

        WHEREAS, on January 28, 2010, the Court issued an Order setting a briefing schedule to resolve the merits of the League's challenges to the Shorezone Program.  TRPA's Reply Brief in Support of Cross Motion for Summary Judgment was the final brief in an extended series and due June 4, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

1       WHEREAS, the on February 22, 2010, the Court revised certain briefing dates, but maintained June 4, 2010, as the date for TRPA to file its Reply Brief in Support of its Cross-Motion for Summary Judgment.

      WHEREAS, Counsel for TRPA seeks an additional week, to June 11, 2010, in which to file said Reply Brief, counsel for TRPA has had additional court-mandated briefs become due during the time for preparation of the Reply Brief since the revised briefing schedule was issued.

      NOW THEREFORE, IT IS HEREBY STIPULATED by and between all parties, i.e., the League, TRPA and Intervenor Shoreline Property Owners' Association, TRPA shall have up to and including June 11, 2010 to file their Reply Brief in Support of its Cross-Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated: May 24, 2010                         EARTHJUSTICE

By       /s/ Wendy Park
    Wendy Park
Attorneys for Plaintiffs League to Save Lake Tahoe and Sierra Club

Dated: May 24, 2010                         TAHOE REGIONAL PLANNING AGENCY

By       /s/ Nicole U. Rinke
    Nicole U. Rinke
    John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  May 24, 2010 | LATHAM & WATKINS LLP<br>James L. Arnone<br>Benjamin J. Hanelin<br><br>By  /s/ Benjamin J. Hanelin<br>     Benjamin J. Hanelin<br>Attorneys for Plaintiff Shorezone Property Owners' Association, aka Tahoe Lakefront Owners' Association |

**ORDER**

Good cause existing, TRPA shall have up to and including June 11, 2010, to file its Reply Brief in support of its Cross-Motion for Summary Judgment.

IT IS SO ORDERED

Dated:  May 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com